# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | |
|---|---|
| **ENGELL HERNANDEZ ORDONEZ,** | § |
| | § |
| *Petitioner*, | § |
| **v.** | § |
| | § |
| **KRISTI NOEM,** *in her official capacity as* | § |
| Secretary, U.S. Department of Homeland | § |
| Security; **PAMELA BONDI,** *in her official* | § |
| *capacity* as Attorney General of the United | § |
| States; **TODD LYONS,** *in his official* | § |
| *capacity* as Acting Director and Senior | § |
| Official Performing the Duties of the | §      **EP-25-CV-00727-DCG** |
| Director of U.S. Immigration and Customs | § |
| Enforcement; **MARY DE ANDA-** | § |
| **YBARRA,** *in her official capacity as* Field | § |
| Office Director of the ICE El Paso Field | § |
| Office of Enforcement and Removal | § |
| Operations, U.S. Immigrations and Customs | § |
| Enforcement *and in her official capacity as* | § |
| *de facto Warden of the* **ERO EL PASO** | § |
| **CAMP EAST MONTANA,** | § |
| | § |
| *Respondents*. | § |

## ORDER CLOSING CASE

Petitioner Engell Hernandez Ordonez ("Petitioner") has notified the Court that he wishes to withdraw his Petition for Writ of Habeas Corpus.[1]

Accordingly, the Clerk of Court **SHALL** designate the Petition (ECF No. 1) as **WITHDRAWN**.

The Court **VACATES** its "Order to Show Cause" (ECF No. 5) insofar as it:

---

[1] *See* Notice Voluntary Dismissal, ECF No. 6, at 1 (explaining that "Petitioner has voluntarily accepted an order of removal").

(1) prohibits Respondents from removing Petitioner from the country; and

(2) requires Respondents to respond to the Petition by January 9, 2026.

The Court **CLOSES** the above-captioned case.

**So ORDERED and SIGNED this 9th day of January 2026.**

_____

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**